IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN WILLIAMS**  **PLAINTIFF**
**ADC #169904**

v.                   No: 4:23-cv-00453-JM-PSH

**DILL,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's claims without prejudice.

DATED this 26th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE